ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2019 JUL -9 PM 4:29

DEPUTY CLERK

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| MICKAEL GEDLU | 3 19 - CR - 329 - M |

## INDICTMENT

The Grand Jury charges:

Count One
Threats Against the President
(Violation of 18 U.S.C. § 871)

Between on or about December 29, 2018 and on or about June 3, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Mickael Gedlu**, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, Donald J. Trump.

In violation of 18 U.S.C. § 871.

Indictment—Page 1

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
Rebekah Ricketts
Texas Bar No. 24074883
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8744
Facsimile: 214-659-8800
Email: rebekah.ricketts@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

MICKAEL GEDLU

---

INDICTMENT

18 U.S.C. § 871
Threats Against the President
(Count 1)

1 Count

---

A true bill rendered

---

DALLAS                                                      FOREPERSON

Filed in open court this 9th day of July, 2019.

---

**Warrant to be Issued**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending