AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas |
|---|---|---|

UNITED STATES OF AMERICA

V.

MICKAEL  GEDLU

**WARRANT FOR ARREST**

Case Number:  3:19-CR-329-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        MICKAEL  GEDLU
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |
|---|---|---|---|---|---|---|

charging him or her (brief description of offense)

Threats Against the President

in violation of Title   18   United States Code, Section(s)   871

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford

7/10/2019
Date

Dallas, TX
Location

By:   s/K. Cheng
         Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Richardson, Tx

| DATE RECEIVED  7/10/19 | NAME AND TITLE OF ARRESTING OFFICER  SSA  Scott Deaton | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  7/10/19 | | |

AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern        District of                Texas

UNITED STATES OF AMERICA

V.

MICKAEL  GEDLU

**WARRANT FOR ARREST**

Case Number:  3:19-CR-329-M

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          MICKAEL  GEDLU
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)

Threats Against the President

in violation of Title ___18___ United States Code, Section(s) ___871___

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford

7/10/2019
Date

Dallas, TX
Location

By: s/K. Cheng
Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

10928096