IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:20-CR-00329-M |
| v. | |
| MICKAEL GEDLU | |

## MOTION FOR DETENTION

The United States moves for detention of defendant, Mickael Gedlu, pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    \_\_X\_\_ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other

    dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

    \_\_X\_\_ Petition for Supervised Release Revocation was filed

**Motion for Detention—Page 1**

    2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

      __X__ Defendant's appearance as required

      _____ Safety of any other person and the community

    3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

      _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

      _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

      _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

      _____ Previous conviction for "eligible" offense committed while on pretrial bond

      __X__ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

    4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

      _____ At first appearance

      __X__ After continuance of __3__ days (not more than 3).

**Motion for Detention—Page 2**

DATED this   18th   day of November, 2020.

        Respectfully submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY

        /s/ *Rebekah Ricketts*
        Rebekah Ricketts
        Assistant United States Attorney
        Texas Bar No. 24074883
        1100 Commerce Street, Suite 300
        Dallas, Texas 75242-1699
        Telephone: (214) 659-8744
        Facsimile: (214) 659-8800
        Email: rebekah.ricketts@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 18th day of November, 2020.

        /s/ *Rebekah Ricketts*
        Rebekah Ricketts
        Assistant United States Attorney