**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**



| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.           ) <br> ) <br> MICKAEL GEDLU       ) <br> ) | Case No. 3:19-CR-00329-M |

## Supplemental Report of Violation of Conditions of Pretrial Release

COMES NOW Holly Lindle, Senior U.S. Probation Officer (Sr. USPO), presenting a report to the Court upon the conduct of defendant, Mickael Gedlu, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Rebecca Rutherford sitting in the Court at Dallas, Texas, on November 23, 2020, under the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: 1100 Commerce St., Dallas, TX 75242 as directed.

(5) The defendant must sign an Appearance Bond, if ordered.

(7a) The defendant must submit to supervision by and report for supervision to the Supervising Officer, telephone number 214/753-2500.

(7p) The defendant must submit to location monitoring as directed by the pretrial services office or supervising officer and participate in one of the following location restriction programs and comply with all program requirements as directed.

(iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

(7t) Allowed to attend mental health treatment with approval from probation office in the daytime. Continue on terms of supervised release. Internet usage only for mental health treatment.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

Mr. Gedlu violated conditions of release on April 13, 2021, when Mr. Gedlu utilized the internet for purposes other than mental health treatment by posting concerning information on Reddit.com, a social news aggregation, web content rating, and discussion website. On April 13, 2021, an Intelligence Analyst assigned to the Counter Terrorism Unit at the Federal Bureau of Prisons, conducted an intelligence

reconnaissance of inmates' presence on several popular websites. During this search, a posting of concerning nature was found on Reddit. It was determined that former BOP inmate, Mr. Gedlu, was identified as the person who posted the concerning information. During a review of various posts, staff came across a post by a user whose username is "Suicide_bomber83." This user posted an entry to the website with regards to the fondest memory he had while in federal custody and labeled it, "The most significant moment of my life happened in federal detention. I got everyone to repeat 'kill trump' for 2 weeks straight." The user purported he is currently being treated for mental health and indicated he was arrested in 2019 for Making Threats against the President. After which, he told an anecdote about how he incited five other inmates in the prison unit he was in to recite "Kill Trump" repeatedly for two weeks and gloated about the entire prison population joining in his demonstration later on by shouting "Kill Trump." Additionally, this user indicated he repeated this behavior every time he was transferred. By stating the following; "I tried this again at other locations. If the facility is in the country, they say it, if it's urban, they don't say it. Fuck me, I'm gonna get banned for this." The post generated various reactions from the public. Some users encouraged him to continue his mental health treatment while others criticized his delusions of grandeur. In response to a comment on his post, he praised another inmate whom he indicated was singing "Kill Trump". The user "Suicide_bomber83," expressed his content and fondness of hearing another inmate shout "Kill Trump" and compared that experience to that of an inmate calling for prayer at a Mosque.

Below is his statement copied verbatim with grammatical errors:

"My last night there, some guy must have escaped from his pod/dorm or been on a work detail. The dude was singing kill Trump! His voice was majestic! Like the guy on top of a mosque minaret who sings prayer alone. Kiiilll truuuUmp. I remember a guard leaving my instake area to search for this guy. Prior to that another veteran guard quit his job, couldn't handle the rebellion. Day and night, SOMEBODY was always saying kill trump. Not chanting, overlapping.

The undersigned suggests to the Court that a warrant be issued for the arrest of the defendant, and that a hearing be scheduled for consideration of revocation of the defendant's conditions of pretrial release.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on April 23, 2021                                         Approved,

s/Holly Lindle                                                     s/Richey James
Holly Lindle                                                       Richey James
Senior U.S. Probation Officer                                      Supervising U.S. Probation Officer
Dallas                                                             817-505-0996
214-753-2538

**Order**

Having considered the report of the Probation Office pertaining to possible violations by defendant, Mickael Gedlu, of his conditions of pretrial release, the court ORDERS that:

☐ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☑ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

Rebecca Rutherford
U.S. Magistrate Judge

 April 26, 2021
Date