IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:19-CR-00329-M |
|---|---|
| v. | |
| MICKAEL GEDLU | |

## MOTION FOR DETENTION

The United States moves for detention of the defendant, Mickael Gedlu, pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_   Crime of violence (18 U.S.C. §3156)

    \_\_\_\_\_   Maximum sentence life imprisonment or death

    \_\_\_\_\_   10 + year drug offense

    \_\_\_\_\_   Felony, with two prior convictions in above categories

    \_\_\_\_\_   Serious risk defendant will flee

    \_\_\_\_\_   Serious risk obstruction of justice

    \_\_\_\_\_   Felony involving a minor victim

    \_\_\_\_\_   Felony involving a firearm, destructive device, or any other
                dangerous weapon

    \_\_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

      X     Petition for Supervised Release Revocation was filed

**Motion for Detention—Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__  Defendant's appearance as required

   __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

   _____  Previous conviction for "eligible" offense committed while on pretrial bond

   __X__  Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   __X__  At first appearance

   _____  After continuance of _____ days (not more than 3).

**Motion for Detention—Page 2**

DATED this  17th  day of August, 2021.

>Respectfully submitted,
>
>PRERAK SHAH
>ACTING UNITED STATES ATTORNEY
>
>/s/ *Rebekah Ricketts*
>Rebekah Ricketts
>Assistant United States Attorney
>Texas Bar No. 24074883
>1100 Commerce Street, Suite 300
>Dallas, Texas 75242-1699
>Telephone: (214) 659-8744
>Facsimile: (214) 659-8800
>Email: rebekah.ricketts@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 17th day of August, 2021.

>/s/ *Rebekah Ricketts*
>Rebekah Ricketts
>Assistant United States Attorney