# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| UNITED STATES OF AMERICA | § § § § § § § § § | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
|---|---|---|
| v. | | |
| **MICKAEL GEDLU** Defendant. | | Case Number: **3:19-CR-00329-M(1)** USM Number: **58997-177** **John M Nicholson** Defendant's Attorney |

## THE DEFENDANT:

| ☒ | admitted guilt to violation of condition(s) | Two Mandatory Conditions, Two Special Conditions of the term of supervision, and a violation of a Court Order. |
|---|---|---|
| ☐ | was found in violation of condition(s) | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| I. Mandatory Condition | I. The defendant committed another federal, state, or local crime | August 2021 |
| II. Special Condition | II. The defendant failed to attend mental health counseling sessions as directed. | June 2021 |
| Special Condition | The defendant failed to take all mental health medication as prescribed by his treating physician. | June 2021 |
| Second Addendum I. Mandatory Condition | Second Addendum I. The defendant committed another federal, state, or local crime | August 2021 |
| Third Addendum III. Court Order of January 3, 2022 | Third Addendum III. The defendant failed to complete the inpatient PTSD program at the VA Hospital in Bonham, Texas. | February 2022 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) condition. and is discharged as to such violation(s)

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.
6876

Defendant's Year of Birth:
1983

City and State of Defendant's Residence:
Richardson, Texas

**March 10, 2022**
Date of Imposition of Judgment

Signature of Judge

**BARBARA M. G. LYNN**
**CHIEF UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**March 11, 2022**
Date

DEFENDANT: MICKAEL GEDLU
CASE NUMBER: 3:19-CR-00329-M(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**SIX (6) MONTHS. No additional term of supervision imposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at      ☐ a.m.    ☐ p.m.    on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL